UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | 5:25-cv-00983-MWC-SSC | Date: July 23, 2025 |
| Title | Imeon Simon-Moore v. Rancho Cucamunga Police Department | |

Present: The Honorable **Stephanie S. Christensen**, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Serve**

On April 21, 2025, *pro se* Plaintiff Imeon Simon-Moore filed this civil action bringing a claim under 42 U.S.C. § 1983. (ECF 1.) The service deadline has passed, and the Court has not received proof of service on Rancho Cucamunga Police Department, or any other communication from Plaintiff regarding service of this defendant.

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, a defendant must be served with the summons and complaint no later than 90 days after the complaint is filed. Fed. R. Civ. P. 4(m). Absent a showing of good cause, if a defendant is not timely served, "the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time." *Id.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:25-cv-00983-MWC-SSC          Date: July 23, 2025

Title   Imeon Simon-Moore v. Rancho Cucamunga Police Department

As stated, the complaint was filed on April 21, 2025, and, pursuant to Rule 4(m), the service deadline was July 21, 2025.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, by **August 22, 2025,** why this action should not be dismissed for Plaintiff's failure to serve the summons and complaint as required by Rule 4. In the event that Plaintiff wishes to voluntarily dismiss this action, Plaintiff may complete and return the enclosed Notice of Dismissal form, CV-09, by **August 22, 2025**.

If Plaintiff files a proof of service by **August 22, 2025**, this order to show cause will be automatically discharged, and Plaintiff need not respond to it separately.

**Plaintiff is cautioned that failure to file a timely proof of service will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.**

**IT IS SO ORDERED.**

Initials of Preparer    :   **ts**