UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   5:25-cv-00983-MWC-SSC               Date: October 15, 2025

Title    Imeon Simon-Moore v. Rancho Cucamunga Police Department

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Serve**

    On April 21, 2025, *pro se* Plaintiff Imeon Simon-Moore filed this civil action bringing a claim under 42 U.S.C. § 1983.  (ECF 1.)  Plaintiff paid the filing fee.  (ECF 8.)

    On July 23, 2025, the Court issued an Order to Show Cause why the complaint should not be dismissed for failure to serve the sole-named defendant Rancho Cucamunga Police Department (the Department).  (ECF 13.)  On September 2, 2025, Plaintiff filed a First Amended Complaint (FAC).  (ECF 14.)  The FAC names the Department as the sole defendant in the caption but fails to list the Department (or any other persons/entities) in the section of the form complaint listing the parties.  (*Id.* at 1–2.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | 5:25-cv-00983-MWC-SSC | Date: October 15, 2025 |
| Title | Imeon Simon-Moore v. Rancho Cucamunga Police Department | |

The Court construed the FAC as a response to the OSC and discharged it. (ECF 18.) The Court also *sua sponte* extended the service deadline, issued the summons, and directed Plaintiff to serve the FAC in compliance with Rule 4 of the Federal Rules of Civil Procedure (Rule 4) and no later than October 3, 2025. (*Id.*) The Court also directed Plaintiff to the district's Pro Se Clinic and re-sent copies of the relevant case materials for Plaintiff's convenience. (ECF 10).*Id.*) To date, no proof of service has been filed.

Instead, on October 10, 2025, Plaintiff filed a status report claiming that Plaintiff had mailed "the proof of service" to one or more unspecified officers in San Bernardino and expressing Plaintiff's belief that San Bernardino was avoiding returning it. (ECF 19.) However, it is the summons and complaint that must be served and the proof of service reflecting such that must be filed with the Court. *See* Fed. R. Civ. P. 4(c), (l). Further, it is unclear from the status report that Plaintiff is even attempting to serve the correct Defendant as the FAC names the Department as the sole defendant, and the status report references unspecified officers in San Bernardino who may or may not be affiliated with the Department.

As Plaintiff has violated Rule 4 and this Court's service order (ECF 18), Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **November 5, 2025,** why this action should not be dismissed for Plaintiff's failure to serve the summons and complaint as required by Rule 4. In the event that Plaintiff wishes to voluntarily dismiss this action, Plaintiff may complete and return the enclosed Notice of Dismissal form, CV-09, no later than **November 5, 2025**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   5:25-cv-00983-MWC-SSC          Date: October 15, 2025

Title      Imeon Simon-Moore v. Rancho Cucamunga Police Department

    If Plaintiff files a proof of service by **November 5, 2025**, this order to show cause will be automatically discharged, and Plaintiff need not respond to it separately.

    **Plaintiff is cautioned that failure to file a timely proof of service will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.**

**IT IS SO ORDERED.**

|                       | :   |
|-----------------------|-----|
| Initials of Preparer  | **ts** |