UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:25-cv-00983-MWC-SSC Date: September 14, 2026

Title Imeon Simon-Moore v. Rancho Cucamunga Police Department

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

On April 21, 2025, *pro se* Plaintiff Imeon Simon-Moore filed a civil rights complaint under 42 U.S.C. § 1983 after a fellow shopper observed her and her children in a store and warned the police of potential child abuse. (ECF 1.) Plaintiff brought this suit based on her treatment by police in the traffic stop and arrest that followed. (*Id.* at 7.) Plaintiff paid the filing fee, but failed to serve the complaint, leading to an order to show cause. (ECF 8; ECF 13.) On September 2, 2025, Plaintiff filed a first amended complaint (FAC) and a request for summons. (ECF 14; ECF 15.) After filing the FAC, Plaintiff requested, and the clerk of the court issued, summons for two defendants: Rancho Cucamonga Police Department, and I. Estrada (G-3863.) (ECF 15; ECF 17.) On November 17, 2025, San Bernardino County responded to the FAC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:25-cv-00983-MWC-SSC Date: September 14, 2026

Title Imeon Simon-Moore v. Rancho Cucamunga Police Department

explaining that it was the true defendant in place of the erroneously sued Rancho Cucamonga Police Department. (ECF 24 at 1.) Both the County and Itai Estrada Sandoval moved to dismiss the FAC for failure to comply with Rule 8 and for failure to state a claim. (ECF 24.) Plaintiff filed a non-opposition and requested leave to file a second amended complaint (SAC) under Rule 15(a)(2) of the Federal Rules of Civil Procedure. (ECF 27 at 2.) On July 6, 2026, the Court issued a Report and Recommendation (R&R) dismissing the first amended complaint. (ECF 31.) While objections to the R&R were pending, Plaintiff filed a SAC (ECF 33), which Defendants requested to strike (ECF 34). The District Judge accepted the R&R, granting Defendants' request to strike and ordering Plaintiff to file a SAC within 30 days. (ECF 36.) The deadline to file the SAC—September 2, 2026—has passed and the Court has not received the SAC or any other communication from Plaintiff.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, by **October 1, 2026,** why this action should not be dismissed for failure to prosecute and/or comply with a court order. In the event that Plaintiff wishes to voluntarily dismiss this action, Plaintiff may complete and return the enclosed Notice of Dismissal form, CV-09, by **October 1, 2026**.

If Plaintiff files a SAC by **October 1, 2026**, this order to show cause will be automatically discharged, and Plaintiff need not respond to it separately.

**Plaintiff is cautioned that failure to file an SAC or other response to this order by the deadline will result in a**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-00983-MWC-SSC | Date: | September 14, 2026 |
| Title | Imeon Simon-Moore v. Rancho Cucamunga Police Department | | |

**recommendation to the District Judge to dismiss this case for failure to prosecute and/or comply with a court order.**

**IT IS SO ORDERED.**

:

Initials of Preparer **ts**